IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. B-08-654 |
| | § | |
| HUGO NAVARRETE-VALENZUELA | § | |

**ORDER**

BE IT REMEMBERED on this 6th day of October, 2008, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed July 02, 2008, wherein the defendant Hugo Navarette-Valenzuela waived appearance before this Court and appeared before the United States Magistrate Judge Felix Recio for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Hugo Navarette-Valenzuela to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant Hugo Navarette-Valenzuela guilty of the offense of falsely and willfully representing himself to be a citizen of the United States of America, in violation of 18 U.S.C. § 911.

Signed this 6th day of October, 2008.

Andrew S. Hanen
United States District Judge